IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLOS WILLIAMS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-076-KD-B |
| WARDEN JERRY FERRELL, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 24th day of December, 2008.

                                                s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE